IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOHN MORALES, III, *on behalf of himself and all those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>ROEHL TRANSPORT, INC.,<br><br>and<br><br>JOHN DOES 1-10<br><br>Defendants. | CIVIL ACTION NO: 3:13-cv-00687 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Swartz Swidler, LLC, attorneys for Plaintiffs, and Jackson Lewis LLP, attorneys for Defendant, that Plaintiff's claims are hereby dismissed with prejudice, with each party to bear their own respective costs and attorneys' fees.

**SWARTZ SWIDLER, LLC**

*/s/ Richard Swartz*
Richard S. Swartz, Esq.
1101 Kings Hwy N, Ste. 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420

Dated: September 26, 2014

**JACKSON LEWIS LLP**

*/s/ Paul DeCamp*
Paul DeCamp, Esq.
10701 Parkridge Blvd., Ste. 300
Reston, VA 20191
Tel: (703) 483-8300

Dated: September 26, 2014